**DISMISS; Opinion Filed January 21, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00190-CV

### GOLF CLUB AT TWIN CREEKS BEVERAGE, INC. D/B/A TWIN CREEKS GOLF CLUB, Appellant
### V.
### SEUNG YOUN KANG, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03709-2011**

## MEMORANDUM OPINION

Before Justices Myers, Evans, and O'Neill[1]
Opinion by Justice Evans

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant has informed the Court that the parties have reached a settlement of this matter such that all claims and causes of action asserted at the trial court level have been fully resolved and appellant requests that we dismiss the appeal. The parties have not advised us of their disposition of costs or the supersedeas bond. Accordingly, we grant appellant's motion and dismiss the appeal. *See*

---

[1] The Hon. Michael J. O'Neill, Justice, Assigned

TEX. R. APP. P. 42.1(a)(1).  We dispose of costs and the supersedeas bond subject to the parties' agreement.

/David Evans/
DAVID EVANS
140190F.P05                                 JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GOLF CLUB AT TWIN CREEKS
BEVERAGE, INC. D/B/A TWIN CREEKS
GOLF CLUB, Appellant

No. 05-14-00190-CV        V.

SEUNG YOUN KANG, Appellee

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-03709-2011
Opinion delivered by Justice Evans, Justices
Myers and O'Neill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee Seung Youn Kang recover her costs of this appeal from appellant Golf Club at Twin Creeks Beverage, Inc. d/b/a Twin Creeks Golf Club and from Federal Insurance Company as surety on appellant's supersedeas bond. After all of appellee's costs have been paid and appellant's obligations under the parties' agreement have been satisfied, the obligations of Federal Insurance Company as surety on appellant's supersedeas bond are **DISCHARGED**.

Judgment entered this 21st day of January, 2015.